Nos. 161 and 162. ESTATE OF LEVIS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writs of certiorari to the Circuit Court of Appeals

for the Second Circuit denied. *Mr. Ralph Royall* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.